**Jason Aaron IVY, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 42617.**

Missouri Court of Appeals,
Western District.

April 24, 1990.

Motion for Rehearing and/or Transfer to
Supreme Court Denied May 29, 1990.

Application to Transfer Denied
July 31, 1990.

J. Bryan Allee, Office of Public Defender, Columbia, for appellant.

William L. Webster, Atty. Gen., Breck K.
Burgess, Asst. Atty. Gen., Jefferson City,
for respondent.

Before ULRICH, P.J., and
SHANGLER and TURNAGE, JJ.

## ORDER

PER CURIAM.

Appeal from denial of Rule 24.035 motion for post-conviction relief.

Affirmed. Rule 84.16(b).